**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Cause number:          01-14-00329-CV

Style:                 Fariha Ashfaq

                       **v** Mohammad Ashfaq

Date motion filed*:    June 24, 2014

Type of motion:        Motion for Extension of Time to File Reporter's Record

Party filing motion:   Court Reporter

Document to be filed:  Reporter's Record

If motion to extend time:

       Deadline to file document:

       Number of previous extensions granted:

       Length of extension sought:

Ordered that motion is:

☐      Granted
        If document is to be filed, document due:

        ☐  The Clerk is instructed to file the document as of the date of this order
        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☑      Dismissed (*e.g.*, want of jurisdiction, moot)

**The reporter's record was filed on July 2, 2014. Accordingly, the court reporter's motion for an extension of time to file the reporter's record is dismissed as moot.**

Judge's signature: /s/ Jane Bland
        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: July 3, 2014